DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#05882-007
Bruce Everett Void-El
Inpropria persona,
POB 2000
USP-HAZELTON
BARCETON HILLS, WEST VA.
VS        26525

Joe Driver
Warden,

Case: 1:07-cv-01074
Assigned To : Lamberth, Royce C.
Assign. Date : 6/14/2007
Description: Habeas Corpus/2255

MOTION FOR EMERGENCY HEARING
FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM
FOR IMMEDIATE RELEASE

COMES NOW Bruce Everett Void-El, Inpropria persona and without
counsel, in the above  matter respectfully request that this
Honorable Court move for an Emergency Hearing.  The Petitioner
further respectfully request this, Honorable Court, to forth-
with issue its writ and to grant petitioner release.  In sup-
port of this motion, petitioner states: Jurisdiction of the
court is involked pursuant to: 28 U.S.C. § 1651, The All Writs
Act, that the Supreme Court and all courts established by congress
may issue all writs necessary or appropriate in aid of their re-
spective jurisdictions and agreeable to the usages and principles
of law.  Because the district court for the District of Columbia
is a creation of Congress, see The Constitution Article III section
1.  It has the authority under the All Writs Act to issue extra-
ordinary writs.  (Writ of Habeas Corpus AD Subjiciendum).

1

## STATEMENT OF FACT

In December of 2007 A.D., movant filed a petition for Writ of Error Coram Nobis, to vacate sentence and grant appropriate relief, and Rule 35 (a), in the Superior Court of the District of Columbia.

In January of 2007 A.D., Judge Boasberg denied, Petition for Writ of Error Coram Nobis, to vacate sentence and Grant appropriate relief and Rule 35(a) and Affidavit in support thereof, and stated it requires no response. by the U.S. Attorney's Office. Movant then filed a Rule 59(e) Motion to Alter or Amend the Judgment as to the Writ of Error Coram Nobis, as to movant's first claim of Actual Innocence resulting from being improperly designated as the defendant in the entitled matter: UNITED STATES OF AMERICA VS. BRUCE E. VOID case No. F-10343-90;. In Judge Boasberg ORDER denying movants' first claim, he stated: "Petitioner failes to provide any facts or information whatsoever to support this content- ion." In the Rule 59(e), movant sent STATE RECORDS from the State Of Maryland Department of Assessment and Taxation; facts and infor- mation showing that BRUCE E. VOID is not  Bruce Everett Void-El, the Improperly designated defendant.

Judge Boasberg, did not and has not responded to the Rule 59(e) Motion to Alter or Amend Judgment as to this very day! Movant than filed a Motion For Summary Judgment under Rule 56, Federal Rules of Civil Procedure as to the rule 59(e) Motion to Alter or Amend Judgment as to Petition for Writ of Error Coram Nobis to Vacate Sentence and Grant appropriate relief, and sent a copy to the

2

Office of the United States Attorney, at 555 fourth Street N.W.
Washington D.C. by Certified Mail  # 7006-2760-0004-8956-0592,
delivered at 4:59 AM on April 3, 2007 A.D. But in bad faith
the United States Attorney's Office dated the Return Receipt
April 11, 2007 A.D.

### Under Summary Judgment

Under Summary Judgment: Rule 56(e) states: "When a Motion for
Summary Judgment is made and supported as provided in this rule,
an adverse party may not rest upon the mere allegations or denials
of the adverse party's pleading, but the adverse party's response
by affidavits or as otherwise provided in this Rule <u>must</u> set forth
specific facts showing that there is a genuine issue for trial."
If the adverse party does not so respond, Summary Judgment if
appropriate <u>shall</u> be entered against the adverse party.  Wherefore,
the United States Attorney Office of the District of Columbia's
failure to respond by Affidavit as required by Rule 56(e) of the
Federal Rules of Civil Procedure and thereby admission by silence
that there is no genuine issue of material fact to be decided by
a fact finder that, Bruce Everett Void-El was Improperly designated,
as BRUCE E. VOID the defendant in the entitled matter: UNITED STATES
OF AMERICA VS. BRUCE E. VOID case No. F-10343-90.

### The Superior Court Of the District of Columbia

The Superior Court of the District of Columbia, Special Proceed-
ings section has already <u>ORDERED</u> that it is without jurisdiction
to grant an Emergency Hearing and order the movant released from
the custody of the Federal Bureau of Prisons; <u>see: Copy of Order
affixed to this motion</u>.

Movant is presently incarcerated at the United States Penitentiary Hazelton: West Virginia.

<u>conclusion</u>

There is no conclusion of law or finding of fact required by the District Court for the District of Columbia in this matter, the U.S. Attorney Office for the District of Columbia has conceeded to Summary Judgment by their silence. Wherefore, movant respectfully request that this Honorable Court Grant him an Emergency Hearing and, ORDER the Movant Released. Any further delay impeaches the integrity of the (Judicial System) in the public perceptions.

Sworn to me this 7ᵗʰ day of June, 2007 A.D.

COUNTY OF PRESTON

STATE OF WEST VIRGINIA



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P. O. Box 450
Bruceton Mills, West Virginia  26525
My Commission Expires Dec. 30, 2015

Respectfully Submitted

Bruce E. Void-El

Sui Juris

Inpropria persona

DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bruce Everett Void-El   *
Inpropria persona   *
  *
  *
  *
  *      07 1074
  *
Joe Driver, Warden   *
Respondent(s)   *

---

AFFIDAVIT OF Bruce Everett Void-El

IN SUPPORT OF MOTION FOR
EMERGENCY HEARING FOR WRIT OF
HABEAS CORPUS AD SUBJICIENDUM
FOR IMMEDIATE RELEASE

---

Comes now Petitioner, Bruce Everett Void-El, aver, and say;
My real and true name is Bruce Everett Void-El and my present
domain is America.  I am fully competent to testify with respect
to this motion.  I am over the age of 21 years of age.  The aver-
ments here in are true, correct, and complete to the best of ones'
knowledge.

  1) Movant avers that he has served a copy of Motion for Summary Judgment
under Rule 56 of the Federal Rules of Civil Procedure, to the United
States Attorney's Office of the District of Columbia at 555 Fourth Street,
N.W. Washington D.C. by Certified Mail Return Receipt on 3-28-2007 A.D.,
and USPS Track and Confirm shows delivery at 4:59 AM on April 3, 2007.

  2) Movant avers the United States Attorney's Office, in bad faith dated
the Return Receipt as April 11, 2007.

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3) Movant avers that the United States Attorney's Office has not given any response by affidavit to movant's motion for Summary Judgment, under Rule 56(e) of the Federal Rules of Civil Procedure.

4) Movent avers that by the United States Attorney's Office not responding to Motion for Summary Judgment by Affidavit, is thereby an admission by silence that there is no genuine issue of material fact to be decided by a fact finder that, Bruce Everett Void-El was Improperly designated, as BRUCE E. VOID the defendant in the entitled matter: UNITED STATES OF AMERICA VS. BRUCE VOID. case No. F-10343-90.

5) Movant avers that the above averments are true, correct, and complete to the best of one's knowledge.

Acknowledged before me, Diego M. Moreno, Notary Public. June 7, 2007.

Diego M. Moreno

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P. O. Box 450
Bruceton Mills, West Virginia  26525
My Commission Expires Dec. 30, 2015

Respectfully Submitted

Bruce E. Void El
Sui Juris
Inpropria persona



UCC APPROVAL SHEET
KEEP WITH DOCUMENT

TRANSACTION TYPE          FEES REMITTED

RECORDED ON 02/04/2004  AT 10:03 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
NO #.0000848539  ACK N 1000361988405331
ORIGINAL FILE NUMBER:  000000181140180
LIBER:  U00318  FOLIO: 2103 PAGES:  0002
RECORDING FEE:                    25.00
EXPEDITED FEE:                     0.00

BRUCE EVERETT VOID-EL
POST OFFICE BOX 1000
LEAVENWORTH            KS 66048

STATE OF MARYLAND
DEPARTMENT OF ASSESSMENTS AND TAXATION
CUST ID:0001308349
WORK ORDER:0000848539
DATE:02-12-2004 10:03 AM
AMT. PAID:$25.00

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

NON-STANDARD FORM

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

In Care of :
Post office Box 1000
Leavenworth
Kansas
Bruce Everett Void-EL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| VOID | BRUCE | EVERETT | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1300 Metropolitan Ave. | Leavenworth | KS | 66048 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Void-EL | Bruce | Everett | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In Care of: Post office Box 1000 | Leavenworth | Kan. | near[66048] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of debtor's asset, and personal property, and all of debtor's interest in said assets,
land, and personal property, now owned and hereafter acquired, now existing and hereafter
arising, and wherever located, described fully in Security Agreement No.BEV-083161-SA,
Inquiring parties may consult directly with debtor for ascertaining, in detail, the
financial relationship and contractual obligation associated with this commercial
transaction, identified in security agreement referenced above. Adjustment of this filing
is in accord with UCC§§ 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933.
Secured Party accepts Debtor's signature in accord with UCC§§ 1-201(39), 3-401. This
Security Agreement is " Nunc pro tunc"to 8-31-79.

| 5. ALTERNATIVE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SPECIAL PROCEEDINGS SECTION

FILED

MAY 2 4 2007

THE OFFICE OF
JUDGE-IN-CHAMBERS

Bruce Everett Void-El
      Petitioner

2007 MAY 25  A 9: 14

2007 cnc 417
F10343-90

vs

United States of America

    Respondents

## ORDER

Upon Consideration of the petitioner's Petition for Writ of Habeas Corpus, the Court finds that petitioner

☑ is not "a person committed, detained, confined, or restrained from his lawful liberty within the District." D.C. Code § 16-1901(a) (2001); see Taylor v. Washington, et al. 808 A.2d 770, 773 (D.C. 2002); Alston v. United States, 590 A.2d 511, 514-15 (D.C. 1991).  Therefore, it is hereby,

    **ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice to filing in the appropriate court in the jurisdiction where the petitioner is incarcerated.

☐ has failed to name an appropriate respondent since "the only proper respondent in a habeas action is the prisoner's custodian, who is usually the warden of the prison in which the prisoner is housed." United States v. Crockett, 861 A.2d 604, 608 (D.C. 2004).  Therefore, it is hereby,

    **ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice to filing with the name of the proper respondent.

☑ Failed to state a claim upon which relief can be granted.  Therefore, it is hereby,

    **ORDERED** that the petitioner's Petition for Writ of Habeas Corpus be **DENIED**.

☐ has raised a claim that has previously been denied in the above-captioned case by Order dated
_____.  Therefore, it is

    **ORDERED** that the petitioner's motion styled
"_____" be **DENIED**.

☐

Date: 5/23/07    _____

                 SUPERIOR COURT JUDGE



Case: 2007 CNC 000417
00028384496
DKT: CHARGED

- **"Within the District" defined.**

Under D.C. Code § 16-1901, the requirement that the prisoner be "within the District" is not to be read literally and is satisfied if the prisoner's custodian is present within the District or if the prisoners are confined within District correctional facilities located outside the limits of the District, because Congress, in enacting D.C. Code § 16-1909, did not intend to deprive the Superior Court of jurisdiction over post-conviction treatment of individuals incarcerated under its auspices; thus, where the prisoner was not confined in a District correctional facility, where the prisoner was confined only because of a District conviction and order of commitment, where the District's statutory arrangement with the federal authorities placed the prisoner at a federal facility, and where the only conduct which the prisoner challenged was that which related directly to the District respondents, the Superior Court was the correct forum to adjudicate the prisoner's request for a writ of habeas corpus, notwithstanding that the prisoner was physically located outside of the District. Washington-El v. Thornburgh, (D.D.C. Mar. 2, 1990).

**Cited in** Blair-Bey v. Quick, 151 F.3d 1036 (D.C. Cir. 1998).

© 2007 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 2760 0004 8956 0592
Status: Delivered

Your item was delivered at 4:59 AM on April 3, 2007 in WASHINGTON, DC 20530

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Track & Confirm**

Enter Label/Receipt Number.

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Daniel L Parker_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 1 1 2007                     2007

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7006 2760 0004 8956 0592

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

Article Addressed to:
ice of the U.S. Attorney
ony Branch
55 fourth street N.W.
shington D.C [20007]

---

7006 2760 0004 8956 0592

Sent To
Office of the U.S. Attorney
Street, Apt. No.; or PO Box No.
555 fourth st N.W.
City, State, ZIP+4
Washington D.C [20007]

Total Postage & Fees  $

Return Receipt Fee (Endorsement Required)

Restricted Delivery Fee (Endorsement Required)

Certified Fee

Postage  $

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postmark Here
MAR 8 2007
BRIDGETON HILLS W.V. 26330

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 16, 1990

| | |
|---|---|
| THE UNITED STATES OF AMERICA | : Criminal No.: GJO; GJO |
| v. | : Violation: 22 D.C. Code, Section 2401, 3202; 3204(b); 3204(a); 33 D.C. |
| WILLIAM A. JOHNSON<br>BRUCE E. VOID | Code 541(a)(1); 549 |
| | : (Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances; First Degree Murder While Armed (Premeditated); Possession of a Firearm During Crime Of Violence Or Dangerous Offense; Carrying A Pistol Without A License) |

The Grand Jury charges:

FIRST COUNT:

Commencing in or about November 1987, and continuing thereafter up to and including on or about September 7, 1989, the exact dates being unknown to the Grand Jury, within the District of Columbia and elsewhere, William A. Johnson and Bruce E. Void did unlawfully, knowingly, and willfully combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally, distribute and possess with the intent to distribute quantities of cocaine and phencyclidine, Schedule II controlled substances, all in violation of Title 33 D.C. Code, Section 541(a)(1).

A TRUE COPY
TEST: MAR 22 2004

Clerk, Superior Court of the
District of Columbia

By: _____
Deputy Clerk

distributed quantities of phencyclidine to street level sellers,
for distribution at various locations, including but not limited
to Langston Lane, Southeast, Washington, D.C.

7.    Between on or about November 1987 and on or about
September 1, 1989, William A. Johnson, Bruce E. Void, and others
received money in exchange for quantities of phencyclidine.

8.    On or about September 1, 1989, William A. Johnson
and Bruce E. Void armed themselves.

9.    On or about September 1, 1989, William A. Johnson and
Bruce E. Void killed Tyrone Carrington.

10.    On or about September 2, 1989, William A. Johnson and
Bruce E. Void killed Carlos Carrington.

11.    On or about September 2, 1989, William A. Johnson and
Bruce E. Void shot Calvin Moore, III.

10. 12.    On or about September 2, 1989, William A. Johnson and
Bruce E. Void stole a quantity of cocaine and a pistol.
(Conspiracy, in violation of 33 D.C. Code, Section 549)
SECOND COUNT:

William A. Johnson and Bruce E. Void within the District of
Columbia, while armed with pistols, purposely and with deliberate
and premeditated malice, killed Tyrone Carrington, by shooting
him with pistols on or about September 1, 1989 thereby causing
injuries from which Tyrone Carrington died on or about September
2, 1989. (First Degree Murder While Armed (Premeditated) in
violation of 22 D.C. Code, Sections 2401, 3202)

A TRUE COPY
TEST MAR 2 2 2001
Clerk, Superior Court of the
District of Columbia
By:
Deputy Clerk

THIRD COUNT:

On or about September 1, 1989 within the District of
Columbia, William A. Johnson did possess a firearm, that is, a
pistol or imitation thereof, while committing the crime of
murder, ⠀⠀⠀ forth in the second count of this indictment.
(Possession of Firearm During Crime of Violence or Dangerous
Offense, in violation of 22 D.C. Code, Section 3204(b))

FOURTH COUNT:

On or about September 1, 1989 within the District of
Columbia, William A. Johnson did carry, openly and concealed on
or about his person, a pistol, without a license, issued as
provided by law. (Carrying A Pistol Without A License, in
violation of 22 D.C. Code, Section 3204(a)

FIFTH COUNT:

On or about September 1, 1989 within the District of
Columbia, Bruce E. Void did possess a firearm, that is, a pistol
or imitation thereof, while committing the crime of murder, as
set forth in the second count of this indictment. (Possession of
a Firearm During Crime of Violence or Dangerous Offense, in
violation of 22 D.C. Code, Section 3204(b))

A TRUE COPY
TEST: MAR 2 2 2004

Clerk, Superior Court of the
District of Columbia

By_____
Deputy Clerk

SIXTH COUNT:

On or about September 1, 1989 within the District of Columbia, Bruce E. Void did carry, openly and concealed on or about his person, a pistol, without a license, issued as provided by law. (Carrying A Pistol Without A License, in violation of 22 D.C. Code, Section 3204(a)

*Jay B. Stephens* (cos)

Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

Foreperson.

A TRUE COPY
TEST : MAR 2 2 2004

Clerk, Superior Court of the
District of Columbia

By
Deputy Clerk

SUPERI . COURT OF THE DISTRICT OF  OLUMBIA

United States of America
~~District of Columbia~~

vs.                     *MAX*
                        *154*

*Bruce E. Vail*

Case No. _F 10343-90_
PDID No. _247 974_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of  ☒ Not Guilty ~~Guilty to the Charge~~(s) of _____

(A) *Conspiracy*

(B) *First degree Murder while armed*

and having been found guilty by ☒ Jury ☐ Court, it is hereby ORDERED that the defendant has been
convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _____

(A) *3 to 9 years consecutive to Count (B)*

(B) *20 years to life.*

☒ MANDATORY MINIMUM term of _20 to life_ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for
the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and super-
vision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code
[Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division
and it is further ORDERED that while on probation the defendant observe the following marked conditions
of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with
written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

_____

☐ Restitution of $_____ in monthly installments of $_____ beginning
_____ (see reverse side for payment instructions). The Court
will distribute monies to _____

☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and ☐ have ☒ have not been paid. *PRE-SENTENCE REPORT NOT AVAILABLE*

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the
copy shall serve as the commitment/order for the defendant.

_September 6, 1991_
Date

A TRUE COPY
TEST:

Clerk, Superior Court
for the District of Columbia
By _____
Deputy Clerk

Judge

*M. McCall*

Certification by Clerk pursuant to Criminal Rule 32(d).

_September 6, 1991_

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

*Bruce E. Void-El*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  *88888*
(EXCEPT IN U.S. PLAINTIFF CASES)

*Pro Se  YA*

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*# 05883-007*

## DEFENDANTS

*Joe Driver, Warden*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-01074
Assigned To : Lamberth, Royce C.
Assign. Date : 6/14/2007
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZE

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— 6 —

| ☒ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ Multi district Litigation | ☐ 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241    WRIT OF HABEAS CORPUS

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES ☒ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** NF    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 6.14.07    SIGNATURE OF ATTORNEY OF RECORD    NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.