UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

AUG - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRUCE EVERETT VOID-EL, :
:
        Petitioner, :
:
v. : Civil Action No. 07-1074 (RCL)
:
JOE DRIVER, WARDEN, :
:
        Respondent. :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's petitioner's "Motion for Emergency Hearing for Writ of Habeas Corpus Ad Subjiciendum for Immediate Release" [Dkt. #1] is DENIED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                Royce C. Lamberth
                                              United States District Judge

Date: 8/3/07