UNITED STATES DISTRICT COURT FOR THE
District of Columbia

Bruce Everett Void-El
Inpropria persona,

Case No. 1:07 CV 01074

Joe Driver
Warden

## Appeal

### Constitutional Question

Comes now Bruce Everett Void-El, inpropria persona, to present the following Constitutional Question:

1). Can (Judge) Royce C. Lamberth, whom has, had assigned to him a Writ of Habeas Corpus (AD Subjiciendum), not forthwith award the Writ of Habeas Corpus AD Subjiciendum, when the United States Attorney's Office, has not to this day responded to the Motion for Summary Judgment by Affidavit, thereby admission by silence that there is no genuine issue of material fact to be decided, by a fact finder. (see: copy of Writ of Habeas Corpus (AD Subjiciendum) affixed to this motion.

1). By (Judge) Royce C. Lamberth, not forthwith awarding the Writ of Habeas Corpus (AD Subjiciendum) is that a (tortious interference with contractual relations) by not forthwith awardeing the Writ of Habeas Corpus (AD Subjiciendum) inwhich the, Oath or Affirmation Clause of the U.S. Constitution art VI. cl. 3," to pledge by oath or Affirmation to support the Constitution of the United States."

**RECEIVED**

AUG 6 - 2007    1 of 2

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Alternative for some reason (Chief Judge) Thomas F. Hogan can not pass on the above Constitutional Question, then Movant Bruce Everett Void-El, Inpropria persona, move for an Interlocutory Appeal to the United States Court of Appeals.

*Bruce Void-El*

Inpropria persona.

County of Preston State of West Virginia
Subscribed and sworn to at USP HAZELTON before me this 1 day of AUGUST 2007 A.D.
Notary Public My Commission Expires 8/29/13
Witness my hand and official seal.

2 of 2



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CANDACE WARFIELD
201 FCI LANE
GLENVILLE, WV 26351
My commission expires August 29, 2013

DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bruce Everett Void-El
Inpropria persona,

Joe Driver
Warden,

Case: 1:07-cv-01074
Assigned To : Lamberth, Royce C.
Assign. Date : 6/14/2007
Description: Habeas Corpus/2255

MOTION FOR EMERGENCY HEARING
FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM
FOR IMMEDIATE RELEASE

COMES NOW Bruce Everett Void-El, Inpropria persona and without counsel, in the above matter respectfully request that this Honorable Court move for an Emergency Hearing. The Petitioner further respectfully request this, Honorable Court, to forthwith issue its writ and to grant petitioner release. In support of this motion, petitioner states: Jurisdiction of the court is involked pursuant to: 28 U.S.C. § 1651, The All Writs Act, that the Supreme Court and all courts established by congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law. Because the district court for the District of Columbia is a creation of Congress, see The Constitution Article III section 1. It has the authority under the All Writs Act to issue extraordinary writs. (Writ of Habeas Corpus AD Subjiciendum).

1

## STATEMENT OF FACT

In December of 2007 A.D., movant filed a petition for Writ of Error Coram Nobis, to vacate sentence and grant appropriate relief, and Rule 35 (a), in the Superior Court of the District of Columbia.

In January of 2007 A.D., Judge Boasberg denied, Petition for Writ of Error Coram Nobis, to vacate sentence and Grant appropriate relief and Rule 35(a) and Affidavit in support thereof, and stated it requires no response. by the U.S. Attorney's Office; Movant then filed a Rule 59(e) Motion to Alter or Amend the Judgment as to the Writ of Error Coram Nobis, as to movant's first claim of Actual Innocence resulting from being improperly designated as the defendant in the entitled matter: UNITED STATES OF AMERICA VS. BRUCE E. VOID case No. F-10343-90;. In Judge Boasberg ORDER denying movants' first claim, he stated: "Petitioner failed provide <u>any facts</u> or <u>information</u> whatsoever to support this contention." In the Rule 59(e), movant sent STATE RECORDS from the State Of Maryland Department of Assessment and Taxation; <u>facts</u> and <u>information</u> showing that BRUCE E. VOID is <u>not</u> Bruce Everett Void-El, the Improperly designated defendant.

Judge Boasberg, did not and has not responded to the Rule 59(e) Motion to Alter or Amend Judgment as to this very day! Movant than filed a Motion For Summary Judgment under Rule 56, Federal Rules of Civil Procedure as to the rule 59(e) Motion to Alter or Amend Judgment as to Petition for Writ of Error Coram Nobis to Vacate Sentence and Grant appropriate relief, and sent a copy to the

2

Office of the United States Attorney, at 555 fourth Street N.W. Washington D.C. by Certified Mail # 7006-2760-0004-8956-0592, delivered at 4:59 AM on April 3, 2007 A.D. But in bad faith the United States Attorney's Office dated the Return Receipt April 11, 2007 A.D.

## Under Summary Judgment

Under Summary Judgment: Rule 56(e) states: "When a Motion for Summary Judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response by affidavits or as otherwise provided in this Rule <u>must</u> set forth specific facts showing that there is a genuine issue for trial." If the adverse party does not so respond, Summary Judgment if appropriate <u>shall</u> be entered against the adverse party. Wherefore, the United States Attorney Office of the District of Columbia's failure to respond by Affidavit as required by Rule 56(e) of the Federal Rules of Civil Procedure and thereby admission by silence that there is no genuine issue of material fact to be decided by a fact finder that, Bruce Everett Void-El was Improperly designated, as BRUCE E. VOID the defendant in the entitled matter: UNITED STATES OF AMERICA VS. BRUCE E. VOID case No. F-10343-90.

## The Superior Court Of the District of Columbia

The Superior Court of the District of Columbia, Special Proceedings section has already <u>ORDERED</u> that it is without jurisdiction to grant an Emergency Hearing and order the movant released from the custody of the Federal Bureau of Prisons; <u>see: Copy of Order affixed to this motion.</u>

3

Movant is presently incarcerated at the United States Penitentiary Hazelton: West Virginia.

## conclusion

There is no conclusion of law or finding of fact required by the District Court for the District of Columbia in this matter, the U.S. Attorney Office for the District of Columbia has conceeded to Summary Judgment by their silence. Wherefore, movant respectfully request that this Honorable Court Grant him an Emergency Hearing and, ORDER the Movant Released. Any further delay impeaches the integrity of the (Judicial System) in the public perceptions.

Sworn to me this 7th day of June, 2007 A.D.

COUNTY OF PRESTON

STATE OF WEST Virginia

*[Notary signature: Diego M. Moreno]*

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P. O. Box 450
Bruceton Mills, West Virginia 26525
My Commission Expires Dec. 30, 2015

Respectfully Submitted

Bruce E. Void-El

*[signature]*

Sui Juris
Inpropria persona

DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bruce Everett Void-El  \*
Inpropria persona       \*
                        \*
                        \*
                        \*
                        \*                    Criminal No. F-10343-90
                        \*
Joe Driver, Warden      \*
Respondent(s)           \*

AFFIDAVIT OF Bruce Everett Void-El
IN SUPPORT OF MOTION FOR
EMERGENCY HEARING FOR WRIT OF
HABEAS CORPUS AD SUBJICIENDUM
FOR IMMEDIATE RELEASE

Comes now Petitioner, Bruce Everett Void-El, aver, and say; My real and true name is Bruce Everett Void-El and my great domain is America. I am fully competent to testify with respect to this motion. I am over the age of 21 years of age. The averments here in are true, correct, and complete to the best of ones' knowledge.

1) Movant avers that he has served a copy of Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure, to the United States Attorney's Office of the District of Columbia at 555 Fourth Street, N.W. Washington D.C. by Certified Mail Return Receipt on 3-28-2007 A.D., and USPS Track and Confirm shows delivery at 4:59 AM on April 3, 2007.

2) Movant avers the United States Attorney's Office, in bad faith dated the Return Receipt as April 11, 2007.

1

3) Movant avers that the United States Attorney's Office has not given any! response by affidavit to movant's motion for Summary Judgment, under Rule 56(e) of the Federal Rules of Civil Procedure.

4) Movent avers that by the United States Attorney's Office not responding to Motion for Summary Judgment by Affidavit, is thereby an admission by silence that there is no genuine issue of material fact to be decided by a fact finder that, Bruce Everett Void-El was Improperly designated, as BRUCE E. VOID the defendant in the entitled matter: UNITED STATES OF AMERICA VS. BRUCE VOID. case No. F-10343-90.

5) Movant avers that the above averments are true, correct, and complete to the best of one's knowledge.

Acknowledged before me
Diego M. Moreno, Notary Public

Jun 7, 2007

D~ M. M~

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P. O. Box 450
Bruceton Mills, West Virginia 26525
My Commission Expires Dec. 30, 2015

Respectfully,

Bruce E. Void-El
Sui Juris
Inpropria persona

2

# UCC APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| ✓ UO - Original Financing Statement | $25.00 |
| UOA - Original Financing Statement With Assignment | $25.00 |
| UOTU - Original Financing Statement Transmitting Utility | $25.00 |
| UMA - Amendment | $25.00 |
| UMDA - Amendment - Debtor Added | $25.00 |
| UMDC - Amendment Debtor Name Change | $25.00 |
| UMDD - Amendment - Debtor Deleted | $25.00 |
| UMSA - Amendment Secured Party Added | $25.00 |



```
1000361989405331

RECORDED ON 02/04/2004 AT 10:03 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO #:0000848539  ACK #:1000361989405331
ORIGINAL FILE NUMBER: 0000000181180180
LIBER: U00310  FOLIO: 2193 PAGES: 0002
RECORDING FEE:            25.00
EXPEDITED FEE:             0.00
```

BRUCE EVERETT VOID-EL
POST OFFICE BOX 1000
LEAVENWORTH                 KS 66048

```
STATE OF MARYLAND
DEPT OF ASSESSMENTS AND TAXATION
CUST ID:0001308349
WORK ORDER:0000848539
DATE:02-12-2004 10:03
AMT. PAID:$25.00
```

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

NON-STANDARD FORM

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

In Care of :
Post office Box 1000
Leavenworth
Kansas
Bruce Everett Void-EL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| VOID | BRUCE | EVERETT | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1300 Metropolitan Ave. | Leavenworth | KS | 66048 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | | | □ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Void-EL | Bruce | Everett | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In Care of: Post office Box 1000 | Leavenworth | Kan. | near[66048] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of debtor's asset, and personal property, and all of debtor's interest in said assets land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, described fully in Security Agreement No.BEV-083161-... Inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligation associated with this commercial transaction, identified in security agreement referenced above. Adjustment of this filing is in accord with UCC§§ 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933. Secured Party accepts Debtor's signature in accord with UCC§§ 1-201(39), 3-401. This Security Agreement is " Nunc pro tunc"to 8-31-79.

**5. ALTERNATIVE DESIGNATION [if applicable]:** □ LESSEE/LESSOR  □ CONSIGNEE/CONSIGNOR  □ BAILEE/BAILOR  □ SELLER/BUYER  □ AG. LIEN  □ NON-UCC FILING
**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  Attach Addendum [if applicable]  **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  □ All Debtors  □ Debtor 1  □ Debtor 2
**8. OPTIONAL FILER REFERENCE DATA**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SPECIAL PROCEEDINGS SECTION

FILED
MAY 2 4 2007
THE OFFICE OF
JUDGE-IN-CHAMBERS

Bruce Everett Void-El
    Petitioner

2007 MAY 25 A 9: 14

vs

2007 cnc 417
F10343-90

United States of America

    Respondents

## ORDER

Upon Consideration of the petitioner's Petition for Writ of Habeas Corpus, the Court finds that petitioner

[✓] is not "a person committed, detained, confined, or restrained from his lawful liberty within the District." D.C. Code § 16-1901(a) (2001); see Taylor v. Washington, et al. 808 A.2d 770, 773 (D.C. 2002); Alston v. United States, 590 A.2d 511, 514-15 (D.C. 1991). Therefore, it is hereby,

**ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice to filing in the appropriate court in the jurisdiction where the petitioner is incarcerated.

[ ] has failed to name an appropriate respondent since "the only proper respondent in a habeas action is the prisoner's custodian, who is usually the warden of the prison in which the prisoner is housed." United States v. Crockett, 861 A.2d 604, 608 (D.C. 2004). Therefore, it is hereby,

**ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED** without to filing with the name of the proper respondent.

[✓] Failed to state a claim upon which relief can be granted. Therefore, it is hereby,

**ORDERED** that the petitioner's Petition for Writ of Habeas Corpus be **DENIED**.

[ ] has raised a claim that has previously been denied in the above-captioned case by Order dated _____. Therefore, it is

**ORDERED** that the petitioner's motion styled

"_____" be **DENIED**.

[ ] _____

Date: 5/23/07

_____
SUPERIOR COURT JUDGE



Case: 2007 CNC 000417

**- "Within the District" defined.**

Under D.C. Code § 16-1901, the requirement that the prisoner be "within the District" is not to be read literally and is satisfied if the prisoner's custodian is present within the District or if the prisoners are confined within District correctional facilities located outside the limits of the District, because Congress, in enacting D.C. Code § 16-1909, did not intend to deprive the Superior Court of jurisdiction over post-conviction treatment of individuals incarcerated under its auspices; thus, where the prisoner was not confined in a District correctional facility, where the prisoner was confined only because of a District conviction and order of commitment, where the District's statutory arrangement with the federal authorities placed the prisoner at a federal facility, and where the only conduct which the prisoner challenged was that which related directly to the District respondents, the Superior Court was the correct forum to adjudicate the prisoner's request for a writ of habeas corpus, notwithstanding that the prisoner was physically located outside of the District. Washington-El v. Thornburgh, (D.D.C. Mar. 2, 1990).

**Cited in** Blair-Bey v. Quick, 151 F.3d 1036 (D.C. Cir. 1998).

© 2007 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement



# UNITED STATES POSTAL SERVICE

Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 2760 0004 8956 0592**
Status: **Delivered**

Your item was delivered at 4:59 AM on April 3, 2007 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the U.S. Attorney
[ ]ny Branch
555 fourth street N.W.
Washington D.C. [20001]

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Daniel L Parker_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): APR 11 2007
C. Date of Delivery: 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
**7006 2760 0004 8956 0592**

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M

---

Sent To: Office of the U.S. Attorney
Street, Apt No; or PO Box No. 555 fourth street N.W.
City, State, ZIP+4 Washington DC 20001

7006 2760 ...

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here
MAR 26 2007
BROOKEVILLE MD

U.S. Postal Service
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do   4/23/2007

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 16, 1990

| | |
|---|---|
| THE UNITED STATES OF AMERICA | : Criminal No.: GJO; GJO |
| v. | : Violation: 22 D.C. Code, Section 2401, 3202; 3204(b); 3204(a); 33 D.C. Code 541(a)(1); 549 |
| WILLIAM A. JOHNSON<br>BRUCE E. VOID | : (Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances; First Degree Murder While Armed (Premeditated); Possession of a Firearm During Crime Of Violence Or Dangerous Offense; Carrying A Pistol Without A License) |

The Grand Jury charges:

FIRST COUNT:

Commencing in or about November 1987, and continuing thereafter up to and including on or about September 7, 1989, the exact dates being unknown to the Grand Jury, within the District of Columbia and elsewhere, William A. Johnson and Bruce E. Void did unlawfully, knowingly, and willfully combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally, distribute and possess with the intent to distribute quantities of cocaine and phencyclidine, Schedule II controlled substances, all in violation of Title 33 D.C. Code, Section 541(a)(1).

A TRUE COPY
TEST: MAR 2 2 2004
Clerk, Superior Court of the District of Columbia
By: _____ Deputy Clerk

distributed quantities of phencyclidine to street level sellers, for distribution at various locations, including but not limited to Langston Lane, Southeast, Washington, D.C.

7. Between on or about November 1987 and on or about September 1, 1989, William A. Johnson, Bruce E. Void, and others received money in exchange for quantities of phencyclidine.

8. On or about September 1, 1989, William A. Johnson and Bruce E. Void armed themselves.

9. On or about September 1, 1989, William A. Johnson and Bruce E. Void killed Tyrone Carrington.

10. On or about September 2, 1989, William A. Johnson and Bruce E. Void killed Carlos Carrington.

11. On or about September 2, 1989, William A. Johnson and Bruce E. Void shot Calvin Moore, III.

10. ~~12~~. On or about September 2, 1989, William A. Johnson and Bruce E. Void stole a quantity of cocaine and a pistol.

(Conspiracy, in violation of 33 D.C. Code, Section 549)

SECOND COUNT:

B  William A. Johnson and Bruce E. Void within the District of Columbia, while armed with pistols, purposely and with deliberate and premeditated malice, killed Tyrone Carrington, by shooting him with pistols on or about September 1, 1989 thereby causing injuries from which Tyrone Carrington died on or about September 2, 1989. (First Degree Murder While Armed (Premeditated) in violation of 22 D.C. Code, Sections 2401, 3202)

A TRUE COPY
TEST: MAR 22 2001
Clerk, Superior Court of the District of Columbia
By: _____
Deputy Clerk

THIRD COUNT:

On or about September 1, 1989 within the District of Columbia, William A. Johnson did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of murder, forth in the second count of this indictment. (Possession of Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code, Section 3204(b))

FOURTH COUNT:

On or about September 1, 1989 within the District of Columbia, William A. Johnson did carry, openly and concealed on or about his person, a pistol, without a license, issued as provided by law. (Carrying A Pistol Without A License, in violation of 22 D.C. Code, Section 3204(a)

FIFTH COUNT:

On or about September 1, 1989 within the District of Columbia, Bruce E. Void did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of murder, as set forth in the second count of this indictment. (Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code, Section 3204(b))

A TRUE COPY
TEST: MAR 2 2 2004

Clerk, Superior Court of the
District of Columbia

By
Deputy Clerk

SIXTH COUNT:

On or about September 1, 1989 within the District of Columbia, Bruce E. Void did carry, openly and concealed on or about his person, a pistol, without a license, issued as provided by law. (Carrying A Pistol Without A License, in violation of 22 D.C. Code, Section 3204(a))

*Jay B. Stephens* (cos)
Attorney of the United States in and for the District of Columbia

A TRUE BILL:
Foreperson.

A TRUE COPY
TEST: MAR 2 2 2004
Clerk, Superior Court of the District of Columbia
By _____
Deputy Clerk

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
~~District of Columbia~~

vs.

Bruce E. Vail

MAX 154

Case No. F10343-90
PDID No. 247974

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☒ Not Guilty ~~Guilty to the Charge~~(s) of
(A) Conspiracy
(B) First degree Murder/while armed
and having been found guilty by ☒ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to
(A) 3 to 9 years consecutive to Count (B)
(B) 20 years to life

☒ MANDATORY MINIMUM term of 20 to life applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
_____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. PRE-SENTENCE REPORT NOT AVAILABLE
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

September 6, 1991
Date

A TRUE COPY
TEST:
Clerk, Superior Court
for the District of Columbia
By _____
Deputy Clerk

Judge

Certification by Clerk pursuant to Criminal Rule 32(d).
September 6, 1991

M. McCall