UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE EVERETT VOID-EL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1074 (RCL) |
| ) | |
| JOE DRIVER, WARDEN, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

A certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). A substantial showing of a denial of a constitutional right includes a showing that reasonable jurists could debate whether the petition should have been resolved in a different manner, or whether the issues presented deserve encouragement to proceed on appeal. *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983).

Petitioner's habeas remedy, if any, is available by motion in the Superior Court of the District of Columbia under D.C. Code § 23-110. Having reviewed the record of this case, the Court concludes that a Certificate of Appealability is not warranted.

SO ORDERED.

ROYCE C. LAMBERTH
United States District Judge

Date: October 16, 2007