# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5274**                             **September Term, 2006**

                                                     07cv01074

                        Filed On:

Bruce Everett Void-El,
    Appellant

v.

Joe Driver, Warden,
    Appellee



### ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                            BY:     /s/ Elizabeth V. Scott
                                          Elizabeth V. Scott
                                          Deputy Clerk